FILED
2010 Mar-23  AM 11:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. cv-09-P-905-S |
| v. | ) |
| | ) |
| CERTAIN REAL PROPERTY LOCATED AT 488 DAVENTRY CIRCLE, CALERA, ALABAMA, TOGETHER WITH ALL IMPROVEMENTS, FIXTURES, AND APPURTENANCES THEREON; | ) |
| | ) |
| Defendants. | ) |

## **<u>STIPULATION OF DISMISSAL</u>**

The parties hereby stipulate to the dismissal of this case, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Further, the parties stipulate that:

(1)   Claimant Felipe Ferrer Rivera will not seek attorney's fees from the United States that arise from or are related to this case or any of the facts concerning or relating to this case;

(2)   All parties shall bear their own costs associated with this case, including any pre-litigation efforts to resolve this matter; and

**[Continued on Following Page]**

(3)     The United States shall be entitled to a Certificate of Reasonable Cause in this action pursuant to 28 U.S.C. § 2465.

Respectfully submitted this 23rd day of March 2010.

        JOYCE WHITE VANCE
        United States Attorney

        */s/ Thomas E. Borton*
        THOMAS E. BORTON
        Assistant United States Attorney
        1901 Forth Avenue North
        Birmingham, AL  35203
        (205) 244-2131
        Thomas.Borton@usdoj.gov

        */s/ James L. O'Kelley*
        James L. O'Kelley, Esq.
        LAW OFFICES OF JAMES L. O'KELLEY
        Park Place Tower
        2001 Park Place North, Suite 300
        Birmingham, AL 35203
        (205) 252-9551
        jimokelley@bellsouth.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of Court, Northern District of Alabama, on this 23rd day of March 2010, using the CM/ECF filing system which will send notification of said filing to all counsel of record.

                                            /s/ *Thomas E. Borton*
                                            Thomas E. Borton
                                            Assistant United States Attorney