# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, | } |
| Plaintiff, | } |
| v. | } Case No.: 2:09-CV-905-RDP |
| CERTAIN REAL PROPERTY LOCATED AT 488 DAVENTRY CIRCLE, CALERA, ALABAMA, TOGETHER WITH ALL IMPROVEMENTS, FIXTURES, AND APPURTENANCES THEREON, | } |
| Defendant. | } |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal (Doc. #18), filed March 23, 2010, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.[1]

Additionally, the Government is entitled to a Certificate of Reasonable Cause, which will be entered contemporaneously herewith.

**DONE** and **ORDERED** this ____23rd____ day of March, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1] According to the Stipulation of Dismissal, Claimant Rivera has expressly relinquished his right to seek attorney's fees and costs, to the extent available, under 28 U.S.C. § 2465(b).